UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. RIEM<br><br>               Plaintiff,<br><br>v.<br><br>DONALD WINTER, SECT'Y OF THE NAVY<br><br>               Defendants. | Civil No.06CV1119 H (NLS)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE** |

On October 19, 2006, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

    1.    Counsel are ordered to appear **telephonically** on *<u>December 8, 2006 at 10:00 a.m.</u>* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

    2.    The Rule 26(f) conference shall be completed on or before *<u>November 13, 2006.</u>*

    3.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *<u>November 30, 2006.</u>*

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case hereafter. Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate.

1 | Failure of any counsel or party to comply with this order will result in sanctions.

2 | **IT IS SO ORDERED.**

3 | **DATED: October 19, 2006**

*[signature: Nita L. Stormes]*

**Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court**